UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ITURBE-GONZALEZ,<br><br>                     Petitioner,<br><br>        v.<br><br>FCI MENDOTA WARDEN,<br><br>                     Respondent. | Case No. 1:23-cv-00178-CDB (HC)<br><br>ORDER STRIKING SUPPLEMENTAL BRIEF<br><br>(Doc. 7) |

Petitioner Angel Iturbe-Gonzalez, ("Petitioner") is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner is currently in the custody of the Bureau of Prisons ("BOP") at the United States Penitentiary located in Mendota, California, and filed the instant petition on February 6, 2023. *Id*. Petitioner challenges BOP policy 5410.01, that "excludes eligible inmates including Petitioner from applying First Step Act earned time credits on the basis of having a detainer." *Id*. at 2.

On April 13, 2023, the Court issued a screening order directing Respondent to respond to the petition. (Doc. 5). Subsequently, Petitioner filed a supplemental brief in support of his petition on April 24, 2023. (Doc. 7). The supplemental brief is without signature, date, or an attestation of the date on which Petitioner delivered the document for filing. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least

1

one attorney of record or by the party personally if the party is unrepressed.  *See* Fed. R. Civ. P. 11(a); Local Rule 131(b).

     Because Petitioner's filing is not signed, the Court must strike it from the record.  Accordingly, it is HEREBY ORDERED, Petitioner's supplemental brief (Doc. 7) is stricken.

IT IS SO ORDERED.

Dated:   **April 25, 2023**                   _____
                                                                 UNITED STATES MAGISTRATE JUDGE